

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2023

No. 04-22-00326-CV

Zulema J. **GARZA**,
Appellant

v.

Zulema J. **GARZA**, Jose Juan Garza, II, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

## O R D E R

On December 22, 2022, appellant filed her brief, making appellees' brief due by January 23, 2023. *See* TEX. R. APP. P. 38.6(b) (stating appellee's brief must be filed within thirty days after date appellant's brief was filed). However, in her brief, appellant stated portions of the reporter's record were missing. As a result, this court is in the process of ensuring a complete appellate record has been filed. On January 23, 2023, appellees filed a motion requesting a thirty-day extension of time to file their brief. Because the appellate record is incomplete, we **grant** appellees' request for an extension. Appellees' brief is due thirty days after the appellate record is complete.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court